No. 76–541. GRENADER ET AL. *v.* SPITZ ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.